IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARGIE E. ROBERTSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 03 2916 MaV |
| UT MEDICAL GROUP, INC. and STEVEN H. BURKETT, | ) ) ) ) |
| Defendants. | ) ) |

## CONSENT ORDER OF DISMISSAL

The parties hereto having resolved this matter, agreed that the issues raised by Defendant which resulted in the August 10, 2004 Order entered in this matter are now moot, and agreed that the Court should enter an order and judgment dismissing this case with prejudice, it is HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED this 31st day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-31-05



Agreed to:

_____
Margie E. Robertson
P.O. Box 140356
Memphis, Tennessee 38114-0356

**PLAINTIFF**

_____
Frederick J. Lewis, Esq.
Whitney K. Fogerty, Esq.
LEWIS FISHER HENDERSON
 & CLAXTON, LLP
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone: (901) 767-6160
Facsimile: (901) 767-7411

**ATTORNEYS FOR DEFENDANTS**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:03-CV-02916 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Whitney Fogerty
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Margie E. Robertson
P.O. Box 140356
Memphis, TN 38114--035

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT