UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -6  AM 8:18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

MARGIE E. ROBERTSON,

    Plaintiff,

v.                                           Cv. No. 03-2916-Ma

UT MEDICAL GROUP, INC., and
STEVEN H. BURKETT,

    Defendants.

## JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Consent Order of Dismissal, docketed May 31, 2005.  Each party shall bear its own costs and attorney's fees.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

June 3, 2005
_____
DATE

ROBERT R. DI TROLIO

_____
CLERK

(By) /DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  6-6-05

(47)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:03-CV-02916 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Whitney Fogerty
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Margie E. Robertson
P.O. Box 140356
Memphis, TN 38114--035

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT